# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Direct Electric LLC d/b/a DE Oilfield Services, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Joseph John Seeman; Diana Andrea Naomi Seeman; Chris Riebsomer; Seeman's Electric, LLC; Riebsomer Electric, LLC; and R & S Automation and Electric, LLC, | ) ) ) ) ) ) | Case No. 1:18-cv-039 |
| Defendants. | ) | |

Before the court is a Stipulation for Voluntarily Dismissal filed by the parties on July 9, 2019. The court **ADOPTS** the stipulation (Doc. No. 43). The above-captioned action is **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court